William Morris puts in his place Hunt & Larned as his Attorneys against Ezra Baldwin to prosecute this Suit in a plea of replevin

HUNT & LARNED, Att^ys to William Morris

153.    *Morris*    1823.
*vs*
*Baldwin*

filed in open Court Sept^r 24. 1824.
J. KEARSLEY. Clerk.

| | |
|---|---|
| *Ezra Baldwin* | Replevin |
| *adsm* | and the said Ezra Baldwin by Whitney his Attorney comes and defends the wrong and Injury &c — & |
| *William Morris* | saith that the s^d Plff ought not to have or Maintain his |

action aforesaid thereof against him, because he says that the property of the said Goods and chattels in the s^d Declaration mentioned at the said time when &c was in the s^d Defendant to wit at the County of Macomb, — without this that the property of the said goods and chattels or any part of them, at the said when &c, was in the s^d Plff as is by the said Declaration is supposed — and this he is ready to veryfy wherefore he prays Jud^t and a Return of the s^d goods, chattels & cattle to be adjudged to him, &c.

WHITNEY   Att^y for Def^t

[In the handwriting of Andrew G. Whitney]

718

*William Morris*
*vs*     }   Replication
*Ezra Baldwin*

       And the Said William Morris by Cha$^s$ Larned his attorney as to the plea of the Said Ezra Baldwin by him above pleaded Saith that by reason of any thing by the said Ezra Baldwin in that plea above alledged ought not to be barred from having & maintaining his aforesaid action thereof against him the Said Ezra Baldwin for the taking and detention of the Said goods and chattells; Because he saith that the property of the Said goods & chattells at the time when &c was in him the Said William Morris towit at the county aforesaid & within the the jurisdiction aforesaid and this he the said W$^m$ Morris prays may be enquired of by the country            By CHA$^S$ LARNED   his Atty

and the def$^t$ likewise

[In the handwriting of Charles Larned]

1823              153

Sup Court

*W$^m$ Morris*
*vs*
*Ezra Baldwin*

Filed in open Court 2nd October 1824
         JER. V. R. TEN EYCK Dep$^y$ Clerk